# EXHIBIT 11

Desk_PH_Right_2017-05-20_08_24_40

| | |
|---|---|
| PCO Behler: | But now he's calling her, and he won't, she won't answer the phone because that's in violation too. Yeah, that's why I asked, what'd he do? |
| Anthony Ardo: | Hello. |
| PCO Behler: | Hello, is this Anthony Ardo? |
| Anthony Ardo: | Who is this? |
| PCO Behler: | This is Pennsylvania State Police. |
| Anthony Ardo: | Ok, so uh, what's the problem? |
| PCO Behler: | Well, here, here's, here's the problem. Your uh mother, Jean Monaghan. |
| Anthony Ardo: | Yeah, she kicked me out of the house, so I don't care to even hear her name. |
| PCO Behler: | Ok, that's fine. And uh, so, you haven't, where, can I ask where you are now sir? |
| Anthony Ardo: | No. |
| PCO Behler: | Ok. |
| Anthony Ardo: | If it's any concern of yours, all I'm gonna do is do what I have to do, I'll either cut my throat or cut my wrist and I'll go over to the psych hospital. How does that sound to you? |
| PCO Behler: | No, you shouldn't do that sir. |
| Anthony Ardo: | Ok, well, you see, I'm, I'm not gonna listen to you. My own mother, that I worked for, for five years had the nerve to throw me out! |
| PCO Behler: | Ok, well, I'm just calling to uh check your welfare. |
| Anthony Ardo: | Yeah, my welfare's fine right now until I decide to cut my throat, then it won't be. |
| PCO Behler: | Ok, so you're not gonna tell me where you are sir? |
| Anthony Ardo: | Hell no! Nope, cause all you're gonna do is 302 me. |
| PCO Behler: | No, I'm not gonna 302 ya. I just want to make sure you're safe. |
| Anthony Ardo: | Uh, I, I'm fine. |
| PCO Behler: | Ok, your mother threw you out this morning? |
| Anthony Ardo: | My mother threw me out last night because |
| PCO Behler: | Ok. |

1

DEF0001641

| | |
|---|---|
| Anthony Ardo: | She thinks I'm gonna work on a horse farm and break my ass for $20 a day when that wasn't the agreement. And she paid so many people under the table with cash, and, and, and the IRS. If she wants to do that, I'll report her to the IRS. She wants to play games. She's planting marijuana all over the farm, and she wants to kick me out. We're gonna find out. If I'm not dead before this, If |
| PCO Behler: | Well, uh, I wouldn't, I wouldn't |
| Anthony Ardo: | before the freakin court date |
| PCO Behler: | Sir, I wouldn't do that sir. |
| Anthony Ardo: | I don't give a shit. |
| PCO Behler: | I wouldn't do that to yourself. |
| Anthony Ardo: | Yeah, well you know what, you try sleeping outside, no food, nothing and you tell me how you feel. |
| PCO Behler: | Ok. |
| Anthony Ardo: | Alright! |
| PCO Behler: | I could give you uh, some places you can stay if you wish to do that. |
| Anthony Ardo: | Yeah, no. I'll work it out myself. |
| PCO Behler: | Ok |
| Anthony Ardo: | Thanks for your concern. |
| PCO Behler: | Ok. |
| Anthony Ardo: | Tell my mother when she sees a bunch of smoke coming up off the mountain, she knows I'm fuckin dead. |
| PCO Behler: | Alright. |
| Anthony Ardo: | That'll be the fuckin sign that she knows I fucking shot antifreeze in my fucking veins and cut my fucking throat and wait to die. And she'll see the car on fire. So, you can go ahead and tell her that. |
| PCO Behler: | Ok. |
| Anthony Ardo: | I'll see you around. You'll know when I do it cause there'll be calls and guarantee by the time you get there I'll make sure I'm fucking dead. I'll tape a fuckin quarter stick around my neck and blow my fucking head off, before you even guys get to me. Alright. |
| PCO Behler: | But you're not gonna tell me where you are sir? |
| Anthony Ardo: | I'm not hurtin nobody else except myself. Alright? |
| PCO Behler: | Ok. |

ATTACHMENT _10_

PAGE _8_ OF _10_

DEF0001642

Anthony Ardo:   I got nowhere to go.  My mothers got my food card.  She uses it without my permission.  I have no food.  I've got no money.  My car's on "e".  I don't have shit!  My best option is to end it.  And that's what I'm gonna do.

PCO Behler:   Ah, I wish you would reconsider that sir.

Anthony Ardo:   Yeah, you don't know me and you know what, you're doing your job.  You could give two shits about me.

PCO Behler:   No, I don't have

Anthony Ardo:   You don't know me and you don't give a shit about me so don't try to play me like you do!

PCO Behler:   Well, I'm just trying to find out where you for your safety.

Anthony Ardo:   Yeah, so you can pick me up and fucking 302 me!  Good luck.  Try to find me before I blow my fucking head off!  Don't call me no more.

PCO Behler:   Ok.  Very good.

ATTACHMENT
PAGE _____9____OF_____90

10

DEF0001648

# EXHIBIT 12

Desk_PH_Right_2017-05-20_08_37_44

| | |
|---|---|
| PCO Behler: | Eddie, what's up? |
| Pagan: | Hey, what's, what's the deal with this guy? |
| PCO Behler: | Ahh, he said he's gonna commit suicide. He was at her house at five o'cock this morning. She got a PFA on him. Um, Jay's gonna head down with ya to talk to her. She called suicidal hotline. They said we could do a uh, an involuntary commitment, but we don't know where he is. He left at five o'clock this morning. He's in a Buick Reatta, blue in color. He, I uh talked to him. He doesn't want me to call him back. He says he's gonna slit his throat, cut his wrist. Um, doesn't want me to call him. He said when there's smoke coming up from the mountains, she'll, she'll know that he did something to him. |
| Pagan: | Ok. |
| PCO Behler: | Alright? |
| Pagan: | Alright, excellent. |
| PCO Behler: | that's all, that's the base of it, so I'm gonna call her back, tell her you're coming down to talk to her along with Jay. Uh, we can go from there, but I don't know about pinging his phone yet or anything, so. Cause he won't tell me where he is. |
| Pagan: | Alright, he said it's a blue what? |
| PCO Behler: | A blue Buick Reatta. I have no reg. |
| Pagan: | Blue Buick Reatta. Ok, I'll, I'll google that. I don't know what the hell it looks like. |
| PCO Behler: | Ok. |
| Pagan: | Alight, thanks man, bye. |
| PCO Behler: | Yep. |
| | |
| PCO Behler: | State Police Belfast, PCO Behler. |
| County: | Hey, it's Monroe County. How are you? |
| PCO Behler: | Good. |
| County: | Did you get that crash at mile marker 15 south bound? |
| PCO Behler: | 15 south bound? No. |
| County: | Yeah, it's one vehicle spun out. I believe unknown injuries. Or, excuse me, I believe negative injuries. |

1

DEF0001644

| | |
|---|---|
| PCO Behler: | Ok. Did you just, did you have a phone number of anybody called you, or was it a bypasser? |
| County: | It was a passerby. I have, |
| PCO Behler: | Someone called |
| County: | I happen to have her name and number. Yep, I have her name and number if you'd like it, but it was just one call. |
| PCO Behler: | Yeah |
| County: | It's uh, Sarah Evans. |
| PCO Behler: | uh, huh. |
| County: | Area code 610-9, 905 |
| PCO Behler: | uh, huh. |
| County: | 7603 |
| PCO Behler: | Ok. |
| County: | Alright, thank you. |
| Behler: | Thanks. |

2

ATTACHMENT *10*.

PAGE ___*11*___ OF ___*90*___

DEF0001645

# EXHIBIT 13

**Desk_PH_Right_2017-05-20_08_55_31**

| | |
|---|---|
| County: | Northampton County, number 22.  How may I help you? |
| PCO Behler: | How ya doing, it's Behler at Belfast. |
| County: | What's goin on? |
| PCO Behler: | Quick question for you. |
| County: | Hmm, hmm. |
| PCO Behler: | T-Mobile and Sprint, are they one and the same?  Do you know? |
| County: | T-Mobile and Sprint? |
| PCO Behler: | Yeah. |
| County: | Uhhh, I'm not sure, they're usually separate.  Um, let me double check. |
| PCO Behler: | Ok.  The reason I'm asking, if we, if we have to ping…hold on a sec |
| County: | I didn't hear about any merger, but they were separate. |
| PCO Behler: | 11, go ahead. |
| 11: | I'll be heading up to 33 with that vehicle crash.  Is that blocking? |
| PCO Behler: | He can't find anything yet. |
| County: | Yeah, yeah, they're not, they haven't merged yet. |
| PCO Behler: | They haven't merged yet? |
| County: | yeah, they're waiting for FCC approvals at this time, they're still separate. |
| PCO Behler: | Ok, do you have any kind of point, I have a, I have a T-Mobile here for a ping phone.  Do you guys have anything on hand for Sprint for pinging a phone. |
| County: | Uh, we usually call them and then there's a, information that they fax to you asking for permission and then you send it to them. |
| PCO Behler: | Ok. |
| County: | Do you need |
| PCO Behler: | Yeah, could have that call number for Sprint. |
| County: | Let me, yeah, that would be the supervisor, hang on, let me ask. |

1

PCO Behler:     Ok.

County:         Hi, so she's on the other line.  Do you want to hold or do you want me to have her call ya?

PCO Behler:     Have her call me.

County:         Ok, you got it.

PCO Behler:     Ok, thanks.

2

DEF0000329

**Desk_PH_Right_2017-05-20_09_04_20**

PCO Saldibar:     State Police, Bethlehem.  PCO Saldibar.

PCO Behler:       Yeah, hey Nicole, Lenny Behler.

PCO Saldibar:     Hey, Lenny, what's up?

PCO Behler:       You guys have any information about pinging a phone from Sprint?

PCO Saldibar:     Ummm, I don't.

PCO Behler:       Ok, I'm gonna give em a call, see if they have any fax paperwork
                  they could send me.

PCO Saldibar:     Ok.

PCO Behler:       Thanks.

PCO Saldibar:     Yeah, bye.

PCO Behler:       Bye.


Sprint:           *Recording*

PCO Behler:       ughhhhh

Sprint:           *Recording*

1

DEF0000330

**Desk_PH_Right_2017-05-20_09_22_10**

*Dialing*

| | |
|---|---|
| Cpl. Sysko: | Hello. |
| PCO Behler: | Hey Mark. |
| Cpl. Sysko: | Yeah, what's up? |
| PCO Behler: | It's Lenny, I just want to advise you of a situation we got going on in Lower Mount Bethel. Um, it's on Good Rd. The mother called, um her 47-year old son, I spoke with him. He said he's going to uh, commit suicide, but he didn't tell me slit wrist, or slit his throat. Um, we're trying to get him coaxed back to the house so we can commit him. |
| Cpl. Sysko: | Ok. |
| PCO Behler: | Um, Jay and Eddie are both over there so I, I'm trying to find out how to ping his phone through uh, through Uh, Sprint, but I have no information on Sprint and nobody is open until 10 o'clock. |
| Cpl. Sysko: | I don't know how to do Sprint either. |
| PCO Behler: | Yeah. I just wanted to advise you. |
| Cpl. Sysko: | *inaudible* |
| PCO Behler: | what's that? |
| Cpl. Sysko: | Call Smitty, see if he knows. Cause he's on call. He should be able to answer a quick question. |
| PCO Behler: | Yeah, ok. So, I just wanted to advise |
| Cpl. Sysko: | *inaudible* |
| PCO Behler: | you what's going on. We're trying to get him, hm, the mother's on contact with him now. He didn't |
| Cpl. Sysko: | He's 47? |
| PCO Behler: | Yeah, he's 47-years old. He has drug issues. So, he texted his father, their divorced. Mother and father divorced. Said he's gonna commit suicide. Now she called us. Then I talked to him and he told me that she's not gonna have to worry any more. He wouldn't tell me where he was, but that he's gonna slit his throat, and all this and all that. Now mommy's in contact with him. Their trying to get him to come back to the house in Lower Mount Bethel so they can commit him. |

1

DEF0000331

Cpl. Sysko:     Alright, so they're gonna try to get a 302 warrant and then we can

PCO Behler:     Well, provide, he's, yeah, providing that he's, that he comes back.

Cpl. Sysko:     Yeah.

PCO Behler:     So, but mommy got a PFA on him yesterday cause he threatened to harm her.

Cpl. Sysko:     Oh man.  Alright.

PCO Behler:     So, I just wanted to make you aware of it.

Cpl. Sysko:     Alright, let me know if there's anything else.

2

DEF0000332

**Desk_PH_Right_2017-05-20_09_24_59**

*Dialing*

| | |
|---|---|
| Tpr. Smith: | Hello. |
| PCO Behler: | Hey Smitty. |
| Tpr. Smith: | Hey, what's up partner? |
| PCO Behler: | Hey, quick question for ya. |
| Tpr. Smith: | Yeah |
| PCO Behler: | Do you know if there's any forms that we do for pinging a phone through Sprint? |
| Tpr. Smith: | Um, well, what's the situation? |
| PCO Behler: | Ahh, suicidal male. He won't tell me where he is. He's 47-years old. He's in Lower Mount Bethel and I'm trying to get authorization to ping his phone. He's supposed to go back to the residence now. |
| Tpr. Smith: | Ok. Go Back |
| PCO Behler: | they're trying to coax him back. |
| Tpr. Smith: | Go back to my office. |
| PCO Behler: | Uh, huh |
| Tpr. Smith: | Uh, up against the, if I were sitting down to my back left |
| PCO Behler: | Ok. |
| Tpr. Smith: | There's a um, a, a packet |
| PCO Behler: | Ok. |
| Tpr. Smith: | and it has uh, like uh Facebook and, and Google |
| PCO Behler: | Uh huh |
| Tpr. Smith: | aaand Sprint. It's got a ton of contacts in there as far as who can help us out with that stuff right on the fly. |
| PCO Behler: | Perfect. |
| Tpr. Smith: | Sprint should be in there, if not, give me a call back, I'll see what I can do. |
| PCO Behler: | Ok. |

1

DEF0000333

Tpr. Smith:      Alright.

PCO Behler:    Thanks.

Tpr. Smith:      Yep, bye, bye.

PCO Behler:    Bye.

2

DEF0000334

**Desk_PH_Right_2017-05-20_09_29_37**

*Dialing*

| | |
|---|---|
| Sprint: | Thank you for calling Sprint. This is Donald. How can I help you? |
| PCO Behler: | Yes, is this, what's your name again? This is Pennsylvania State Police, Belfast Barracks. PCO Behler. |
| Sprint: | It's Donald. |
| PCO Behler: | Donald. |
| Sprint: | Hmm, hmm |
| PCO Behler: | Hey Donald, quick question for ya. |
| Sprint: | Hmm, hmm |
| PCO Behler: | Um, I have a person and we're looking at possibly pinging his phone. He's uh, has made some suicidal threats. |
| Sprint: | Hmm, hmm |
| PCO Behler: | Um, how do we go about doing that through Sprint? |
| Sprint: | Are you the dispatcher? |
| PCO Behler: | Yes, I'm the dispatcher. |
| Sprint: | You know, you just give us the number and information and we, we do it. |
| PCO Behler: | Ok. Uh, give me one second. I gotta find this gentleman's phone number. I got a cell phone number for ya. |
| Sprint: | Ok |
| PCO Behler: | It's 484-903-4519. You need that person's name at all? |
| Sprint: | No. Uhhhhh, your name again, I'm sorry? |
| PCO Behler: | PCO Behler, B E H L E R and I'm with the Pennsylvania State Police, Belfast Barracks. |
| Sprint: | Call back number for ya? |
| PCO Behler: | 610-759-6106. Do you need the incident number at all? I can give you that. |
| Sprint: | Nope. |

1

DEF0000335

PCO Behler:     Ok.

Sprint:         Your fax number?

PCO Behler:     610-759-5437.

Sprint:         Be one moment.

PCO Behler:     *(whispering)* wow, that's quick.

2

DEF0000336

**Desk_PH_Right_2017-05-20_09_33_27**

Sprint:         Alright, I have the latitude and longitude when you're ready.

PCO Behler:   Go ahead.

Sprint:         Latitude is 40

PCO Behler:   uh, huh

Sprint:         point 670

PCO Behler:   Uh, huh

Sprint:         45

PCO Behler:   670

Sprint:         45

PCO Behler:   45

Sprint:         Longitude is negative 75

PCO Behler:   uh, huh

Sprint:         point 34

PCO Behler:   Uh, huh

Sprint:         77

PCO Behler:   Ok, thank you Donald.

Sprint:         No problem, thank you.

PCO Behler:   Yep, bye.

DEF0000337

**Desk_PH_Right_2017-05-20_09_42_02**

| | |
|---|---|
| PCO Behler: | What's up Nate. |
| Nate: | Hey, I'm hoppin on 611 here in Easton.  I'm gonna head up. |
| PCO Behler: | Ok |
| Nate: | I know where Good street it, but what's the other street that I'm gonna be looking at? Orchard |
| PCO Behler: | Orchard street in Bangor |
| Nate: | In Bangor Borough? |
| PCO Behler: | Yeah, Bangor. |
| Nate: | Is that where we think he might be also? |
| PCO Behler: | Uh, that's where his address shows, but pinging his phone, |
| Nate: | Yes |
| PCO Behler: | Fleming just put in the ping, it's like over 22 and 191, over by Wal-Mart. |
| Nate: | 22 and 191. |
| PCO Behler: | Yeah, where Home Depot is, Wal-Mart.  That's where it's showing his phone being pinged at, and they just pinged it now. |
| Nate: | He want me to start heading that way? |
| PCO Behler: | Oh, I don't know. Let me uh |
| Tpr. Fleming: | *inaudible* |
| PCO Behler: | What's that? |
| Tpr. Fleming: | *inaudible* |
| PCO Behler: | No, Nate's coming up from south on 611 |
| Tpr. Fleming: | ask mom if they know anybody down that way |
| PCO Fleming: | Yeah, I mean that's the only thing I can think of, uh, hold on a second. |

*(Dialing)*

DEF0000338

**Desk_PH_Right_2017-05-20_09_44_55**

*Dialing*

| | |
|---|---|
| Background: | *Make sure you give him the most recent info with that device* |
| PCO Behler: | Yeah, copy. |
| County: | Northampton County number 62. How may I help you. |
| PCO Behler: | How you doing? It's Behler at Belfast. |
| County: | Yeah, what's up Behler? |
| PCO Behler: | Quick question, um |
| County: | Yep. |
| PCO Behler: | 22 and 191 over there at the Wal-Mart |
| County: | Hmm, hmm |
| PCO Behler: | Is that Bethlehem Township? |
| County: | Yes |
| PCO Behler: | Ok. Um, is there, you know of any kind of clinic over there for uh, like drugs clinic, anything like that. |
| County: | Not off the top of my head, no. |
| PCO Behler: | We have a suicidal male |
| County: | Hmm, hmm |
| PCO Behler: | Who is supposed to be in a Buick Reatta, blue in color |
| County: | hmm, hmm |
| PCO Behler: | Um, he, we pinged his phone, and that's the last ping that we have and there's supposed to be a clinic over there. Now we just got word, he just got off the phone with his mother |
| County: | hmm, hmm |
| PCO Behler: | that he might have a device around his neck and if he sees police that he's going to blow himself up. |
| County: | Hmm, hmm. Do you know if he's in a vehicle or on foot? |
| PCO Behler: | Well, we don't know that. |

1

DEF0000339

| | |
|---|---|
| County: | Ok |
| PCO Behler: | He might be, I'm trying to get a phone number for the clinic, but I don't have anything.  I'm trying to get information right now |
| County: | Let me see if anybody knows, Des, do you know of any clinic on Nazareth Pike by 22 and 191 in Bethlehem township, like a drug clinic? |
| PCO Behler: | If you want me to, I'll talk to Desiree. |
| County: | Yeah, hold on a second. |
| PCO Behler: | Thanks. |
| Desiree: | Hello |
| PCO Behler: | Yeah, it's Lenny. |
| Desiree: | Watta ya need babe? |
| PCO Behler: | Um, we have a suicidal male were trying to get back to Good Rd. |
| Desiree: | Ok |
| PCO Behler: | We pinged his phone, his ping's, the ping's coming back at 22 and 191. Hold on a sec. |
| Desiree: | Ok |
| PCO Behler: | 14 go ahead |
| Background: | *inaudible* |
| PCO Behler: | New Colonial Clinic, ok, I'll see if I can get a phone number.  I'm on the phone with County right now. |
| Desiree: | What is it called? |
| PCO Behler: | New Colonial Clinic. |
| Desiree: | Umm, where's it at, do you know? |
| PCO Behler: | Broadhead street |
| Desiree: | Um, lets see what I can find.  Broadhead road, do you think? |
| PCO Behler: | What's that? |
| Desiree: | Broadhead road do you think? |
| PCO Behler: | Yeah, Broadhead road probably. |
| Desiree: | I don't see anything |

2

DEF0000340

| | |
|---|---|
| PCO Behler: | *inaudible* |
| Desiree: | Hold on, I'm |
| PCO Behler: | New Beginnings, or New Happenings |
| Desiree: | Mmmmmm |
| PCO Behler: | 14 |
| Desiree: | New Direction Treatment |
| PCO Behler: | New Direction Treatment |
| Desiree: | Yeah, 2442 Broadhead Road |
| PCO Behler: | Yeah, New Direction Treatment is what it's called.  New Direction Treatment, that's what I have. |
| Desiree: | Um, 2442 Broadhead Road |
| PCO Behler: | Yep |
| Desiree: | aaand, it's actually Bethlehem Township there. |
| PCO Behler: | Ok |
| Desiree: | Phone number: |
| PCO Behler: | Please |
| Desiree: | Do you want a phone number? |
| PCO Behler: | Yep |
| Desiree: | 610 |
| PCO Behler: | go ahead |
| Desiree: | 758 |
| PCO Behler: | go ahead |
| Desiree: | 8011 |
| PCO Behler: | Ok, here's what we have going on. |
| Desiree: | Alright |
| PCO Behler: | Suicidal male. |
| Desiree: | Ok |
| PCO Behler: | we had his phone pinged, probably about, let's see, nine thirty-five. |
| Desiree: | Ok |

3

DEF0000341

| | |
|---|---|
| PCO Behler: | He said, he's, he's at that address.  It comes up in that area. |
| Desiree: | Ok |
| PCO Behler: | We're looking for a suicidal male by the name of Anthony Ardo |
| Desiree: | Anthony, what is it? |
| PCO Behler: | A R D O |
| Desiree: | Ok |
| PCO Behler: | ███████████ is his DOB |
| Desiree: | Ok |
| PCO Behler: | Um, he said that he's going to commit suicide |
| Desiree: | Ok |
| PCO Behler: |  He's in a blue 1988 Buick Riato |
| Desiree: | K |
| PCO Behler: | He won't talk to us on cell phone anymore |
| Desiree: | K |
| PCO Behler: | and he said he's going to have some type of device that is going to explode around his neck if he sees police presence. |
| Desiree: | alright.  Some type of device, going to explode around his neck |
| PCO Behler: | Yep |
| Desiree: | if he sees police |
| PCO Behler: | yes |
| Desiree: | where's he from? |
| PCO Behler: | Uhhhhhh, |
| Desiree: | Do you know? |
| PCO Behler: | Good road over in Lower Mount Bethel. 1382 Good Road.  So, if somebody could go over there just to see if the vehicle is there. |
| Desiree: | Ok, do you have a plate? |
| PCO Behler: | No, no plate.  That's the whole problem. |
| Desiree: | Ok. |
| PCO Behler: | Alright. |

4

DEF0000342

Desiree:        Alright, I'll send 'em over.

PCO Behler:     Thanks.

Desiree:        Yep.

PCO Behler:     Bye

Desiree:        Bye

DEF0000343

**Desk_PH_Right_2017-05-20_09_51_35**

*Dialing*

| | |
|---|---|
| *Background:* | *Um, yeah, ping zone, looks like he's down around 191 south… inaudible* |
| New Directions: | *Recording* |
| PCO Behler: | Bethlehem Township.  I'm on the phone with Direction Treatment Services now. |
| New Directions: | *Recording to leave voice mail.* |

1

DEF0000344

**Desk_PH_Right_2017-05-20_09_53_59**

| | |
|---|---|
| PCO Behler: | State Police Belfast PCO Behler |
| Tpr. Branosky: | Whats the latest on his phone |
| PCO Behler: | Um, we're going to try and ping it again |
| Tpr. Branosky: | Ok, just, all right, let me know, I'm on 22 now |
| PCO Behler: | Ok |
| Tpr. Branosky: | So |
| PCO Behler: | They are actually going over to, your going to go to 2442 Broadhead Road, it's New Directions Treatment Services, I tried calling over there and got voicemail |
| Tpr. Branosky: | And what is it again |
| PCO Behler: | New, New Direction Treatment Services, I will put it over the thing for you |
| Tpr. Branosky: | Ok thanks |
| PCO Behler: | Yep |
| Tpr. Branosky: | Bye |
| PCO Behler: | Bye |

1

DEF0000345

**Desk_PH_Right_2017-05-20_10_05_53**

*Dialing*

| | |
|---|---|
| PCO Behler: | I'm gonna tell County |
| Background: | Me too |
| PCO Behler: | yeah |
| Background: | I'd call county, *inaudible* |
| PCO Behler: | no, I'm on the phone with them right now. |
| County: | Northampton County number 22.  How may I help you? |
| PCO Behler: | Yeah, it's Behler over at Belfast. |
| County: | Yeah, what's up? |
| PCO Behler: | Our unit's out with this individual that were looking for.  Is Desiree there? |
| County: | Yeah, hang on please. |
| PCO Behler: | K |
| Radio: | …Belfast, does he have anybody else with him? |
| PCO Behler: | I'm on the phone with county right now to get Bethlehem Township over there, but that's negative at this time. |
| Desiree: | How can I help you? |
| PCO Behler: | Des. |
| Desiree: | Hey |
| PCO Behler: | Lenny |
| Desiree: | Hey, what's up babe? |
| PCO Behler: | Ok, he's off of 191, our trooper's out with him. |
| Desiree: | Ok, where at? |
| PCO Behler: | Off of 191 Christian Spring road, towards 22. He believes it him |
| Desiree: | In Bethlehem Township there by the Township there |
| PCO Behler: | Yeah |

1

DEF0000346

| Desiree: | Ok, so 191 and Christian Spring, did they approach him yet? |
| PCO Behler: | Uh, he's out with him right now. |
| Desiree: | Alright, um, alright I'll let em know to get out there |
| PCO Behler: | Thanks. |
| Desiree: | Alright, bye. |
| PCO Behler: | Bye. |

2

**Desk_PH_Right_2017-05-20_10_08_20**

| | |
|---|---|
| Branosky: | Is he Hispanic at all? |
| PCO Behler: | I don't think he's Hispanic.  The name's Anthony Ardo |
| Branosky: | Ok, alright |
| PCO Behler: | Hey, is it him or not? |
| Branosky: | No, it's not |
| PCO Behler: | Eddie says he's back at the house now |
| Branosky: | Oh, he is? |
| PCO Behler: | That's what he just said over the radio. |
| Branoksy: | Oh, ok, thanks.  Bye, bye. |
| PCO Behler: | Bye. |
| *Dialing* | |
| County: | Northampton County number eighty-nine.  How may I help you? |
| PCO Behler: | Yeah, Behler, Belfast. |
| County: | Yeah. |
| PCO Behler: | um, you can cancel Bethlehem Township.  You want to tell Desiree that wasn't him. |
| County: | Ok |
| PCO Behler: | Ok and presumably the male is back out at his house, but I don't know how we got it pinged over there. |
| County: | Ok |
| PCO Behler: | Somebody has his phone or whatever.  But you can cancel Bethlehem Township.  Tell 'em thank you.  If they're heading there they might want to talk to our trooper that's still out that way.  But the guy's presumably at the house. |
| County: | Ok. |
| PCO Behler: | Thanks. |
| County: | Yep, bye. |
| PCO Behler: | Bye. |

1

# EXHIBIT 14

This exhibit is the recording from Eddie Pagan's Patrol Vehicle Mobile Video Recording Unit. A DVD containing a copy of the recording has been provided the Clerk's office.

# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER EDDIE PAGAN, et al., | : | |
| | : | |
| Defendant. | : | NO. 18-5217 |

**DEFENDANT PAGAN'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Pennsylvania State Police ("PSP"), by undersigned counsel, responds to

Plaintiff's First Set of Interrogatories Directed to Pennsylvania State Police as follows:

**INTERROGATORY NO. 1:**

1.      Describe the process for the creation, development, adoption, and approval of the Current

Use of Force Policy and the process to make revisions and/or changes thereto.

**RESPONSE TO INTERROGATORY NO. 1:**

The Pennsylvania State Police (PSP) has regulations that govern the use-of-force policies

and procedures for the department. Various affected Bureaus within the PSP are assigned process

ownership of the regulation and are responsible for ensuring the content is accurate/complete and

meets applicable legal standards. When a revision needs to be made to the regulation, the process

owner submits proposed revisions, through channels, to the Bureau of Research and

Development for review, vetting, approval, and publication. The Bureau of Training and

Education, Bureau of Research and Development, and PSP Office of Chief Counsel all play a

primary role in the creation, development, adoption, revision, and approval of the PSP use-of-

force policy (with the Bureau of Training and Education and the Office of Chief Counsel serving

as co-process owners for the regulation). General protocols for the creation, development,

1

adoption, revision, and approval of Department regulations are governed by PSP Administrative Regulation (AR) 1-2, Directives, Regulations, and Correspondence. A copy of AR 1-2 is produced herewith, bearing Bates-stamp Nos. DEF002210 – DEF002231.

**INTERROGATORY NO. 2:**

2.      Identify all individuals who assisted in the creation, development, adoption, and/or approval of the Current Use of Force Policy and describe each individual's involvement therein.

**RESPONSE TO INTERROGATORY NO. 2:**

PSP objects to this Interrogatory on the grounds that, due to the broad wording of this Interrogatory, it is impractical to ascertain the name of every person who would be responsive to this request. Subject to and without waiving the foregoing objections, PSP responds as follows:

The Bureau of Training and Education, Bureau of Research and Development, and PSP Office of Chief Counsel all play a role in the creation, development, adoption, revision, and approval of the PSP use-of-force policy. With the input and assistance of subject-matter experts and Commanders/Directors from these entities, final execution and promulgation of the policy is ultimately made by the Commissioner of the PSP.  Listed below are the names and titles of individuals who were likely involved in drafting/reviewing/approving revisions to the PSP use-of-force policy over the last five years:

Executive and Administrative Offices:  Colonel Robert Evanchick, Colonel (Ret.) Tyree C. Blocker, Ms. Marlana L. Sattazahn, Lieutenant Gerald E. Williams, Sergeant Leslie E. Barr, Lieutenant Colonel (Ret.) James E. Degnan, Ms. Staci E. Fleming, Lieutenant Christopher M. King, Lieutenant Colonel Scott C. Price, Ms. Bianca C. Cole, Lieutenant Christopher Jones, Lieutenant Colonel (Ret.) Edward C. Hoke, Ms. Kathleen M. Clouser, Lieutenant Patrick A. Beaver, Lieutenant Colonel (Ret.) Lisa S. Christie, Captain (Ret.) Anthony J. Sivo, Lieutenant

2

Colonel (Ret.) Stephen A. Bucar, Lieutenant Colonel (Ret.) William A. Horgas, Captain Matthew D. Nickey, and Captain William A. Brown.

Bureau of Research and Development:  Major Patrick D. Brinkley, Ms. Billie J. Kauffman, Mr. Daniel P. McDermott, Ms. Jessica L. Wenner (Retired), Ms. Regina O'Hara, Sergeant Tyler P. Burgess, Corporal William E. Winner, Lieutenant (Ret.) Robert F. Kelly, Sergeant Seth J. Kelly, Lieutenant William J. McAreavy Jr, Lieutenant Laura M. Klinger, Corporal Zena C. Knock, and Trooper David J. Duddy.

Bureau of Training and Education:  Major Thomas E. Dubovi, Major (Ret.) William P. White, Captain Joanne R. Reed, Captain Wayne C. Kline (Commanding Officer, Troop C), Lieutenant Scott W. Ohl, Sergeant Timothy J. Fetzer, Corporal (Ret.) Deron A. Julian, and Corporal Kevin E. Selverian.

Office of Chief Counsel:  Daniel C. Beck, Esq. (present Chief Counsel); Nolan Meeks, Esq. (former Acting Chief Counsel); Joanna N. Reynolds, Esq. (former Chief Counsel – Ret.); and/or their designee(s).

**INTERROGATORY NO. 3:**

3.       Identify all individuals who are and/or have been, within the past ten years, responsible for ensuring the then-existent Pennsylvania State Police Use of Force Policy meets all Constitutional and/or legal standards, including any applicable requirements under the Americans with Disabilities Act. For each individual identified here, state the individual's name, title, and dates of such responsibility.

**RESPONSE TO INTERROGATORY NO. 3:**

PSP objects to this Interrogatory on the grounds that, due to the broad wording of this Interrogatory, it is impractical to ascertain the name of every person who would be responsive to this request. Subject to and without waiving the foregoing objections, PSP responds as follows:

The Office of Chief Counsel plays a primary role in ensuring the PSP use-of-force policy meets all constitutional and/or legal standards, including any applicable requirements under the Americans with Disabilities Act.  With the advice of the Office of Chief Counsel, final execution and promulgation of the policy is ultimately made by the Commissioner of the PSP.  Listed below are the names and titles of individuals from the Office of Chief Counsel who have been involved in reviewing/endorsing (or assigning designees to review/endorse) any proposed changes to the PSP use-of-force policy over the last five years:

- Current Chief Counsel:  Daniel C. Beck, Esq. (January 2020 to Present)
- Former Acting Chief Counsel:  Nolan Meeks, Esq. (July 2019 to January 2020)
- Former Chief Counsel:  Joanna N. Reynolds, Esq. (Unknown to July 2019)

**INTERROGATORY NO. 4:**

4.      State whether there has been any formal review of and/or internal proposed changes to the Current Use of Force Policy since its adoption.

**RESPONSE TO INTERROGATORY NO. 4:**

There have been several formal reviews and internal proposed changes to the current use-of-force policy since its adoption.

**INTERROGATORY NO. 5:**

5.      State whether Pennsylvania State Police has received any proposals and/or requests to change the Current Use of Force Policy from any external source since the adoption of the Current Use of Force Policy.

**RESPONSE TO INTERROGATORY NO. 5:**

PSP objects to this Interrogatory on the grounds that, the phrase "external source" is vague and ambiguous. Subject to and without waiving the foregoing objection, PSP is not aware of any such proposals and/or requests.

**INTERROGATORY NO. 6:**

6.      For the ten-year period preceding May 20, 2017, identify each and every occasion in which a Pennsylvania State Police trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police), while acting within the scope of his or her official duties, interacted with an individual / suspect under the following circumstances:

a.      The trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police) believed that the individual / suspect was in the possession of a bomb or other explosive device; **and,**

b.      The trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police) believed that the individual / suspect had an intent to carry out a suicidal and/or homicidal bombing.

For each incident identified here, provide the following documents: (i) the applicable incident and/or homicide report and related documents; and, (ii) the applicable, if any, Internal Affairs Division report. Kindly identify by Bates number the responsive documents provided for each incident identified here.

**RESPONSE TO INTERROGATORY NO. 6:**

Defendants object to this Request on the grounds that it is overly broad, unduly burdensome to comply with, and not proportional to the needs of this case. PSP does not maintain any data specific to incidents involving individual/suspects believed to possess a bomb or other explosive device. PSP does not maintain data in a manner that would allow the information sought to be gathered without reviewing every individual incident reports, which would be entirely impractical, and require a great burden and expense. The burden and expense on Commonwealth Defendants of responding outweighs any benefit such information could confer on Plaintiffs in their prosecution of this lawsuit.

**INTERROGATORY NO. 7:**

7.      For the ten-year period preceding May 20, 2017, identify each and every occasion in which a Pennsylvania State Police trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police), while acting within the scope of his or her official duties, interacted with an individual / suspect under the following circumstances:

    a.      The trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police) had knowledge that the individual / suspect had made threats of self-harm, including, but not limited to, threats of suicide; **and**,

    b.      The interaction resulted in the death of the individual / suspect (either by suicide and/or as a result of the use of lethal force).

For each incident identified here, provide the following documents: (i) the applicable incident and/or homicide report and related documents; and, (ii) the applicable, if any, Internal Affairs Division report. Kindly identify by Bates number the responsive documents provided for each incident identified here.

**RESPONSE TO INTERROGATORY NO. 7:**

Defendants object to this Request on the grounds that it is overly broad, unduly burdensome to comply with, and not proportional to the needs of this case. PSP does not maintain any data specific to incidents involving individual/suspects who have threatened self harm. PSP does not maintain data in a manner that would allow the information sought to be gathered without reviewing every individual incident reports, which would be entirely impractical, and require a great burden and expense. The burden and expense on Commonwealth Defendants of responding outweighs any benefit such information could confer on Plaintiffs in their prosecution of this lawsuit. PSP further objects to this Request on the grounds that it seeks individual incident information. This information would reveal personal and private information of individuals not related to this lawsuit and would invade the privacy of those individuals.

Subject to and without waiving the foregoing objections, PSP will provide data relating to mental health related incidents and officer-involved shootings for 2017-2019. This data is provided in the Mental Health and OIS Data chart, produced herewith, bearing Bates-stamp No. DEF002232.

**INTERROGATORY NO. 8:**

8.       For the ten-year period preceding May 20, 2017, identify each and every occasion in which a Pennsylvania State Police trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police), while acting within the scope of his or her official duties, interacted with an individual / suspect under the following circumstances:

> a.   The trooper(s) (and/or higher ranked law enforcement official within the Pennsylvania State Police) had knowledge that the individual / suspect had a history of mental illness; **and,**
>
> b.   The interaction resulted in the death of the individual / suspect (either by suicide and/or as a result of the use of lethal force).

For each incident identified here, provide the following documents: (i) the applicable incident and/or homicide report and related documents; and, (ii) the applicable, if any, Internal Affairs Division report. Kindly identify by Bates number the responsive documents provided for each incident identified here.

**RESPONSE TO INTERROGATORY NO. 8:**

See response to Interrogatory No. 7, above.

**INTERROGATORY NO. 9:**

9.       For the ten-year period preceding May 20, 2017, identify each federal and/or state action filed against the Pennsylvania State Police alleging violations of the Americans with Disabilities Act that arose from the use of lethal force by an employee and/or agent of the Pennsylvania State Police.

**RESPONSE TO INTERROGATORY NO. 9:**

PSP has not identified any responsive actions.

**INTERROGATORY NO. 10:**

10.     State whether the Pennsylvania State Police provides training to its troopers with respect to the Current Use of Force Policy. If so, provide a detailed description of the nature of such training, including how often training is provided, when in an officer's career it is provided, and a description of any documents, forms, directives, videotape presentations, and/or memoranda which relate to and/or are employed in connection with such training.

**RESPONSE TO INTERROGATORY NO. 10:**

The Department provides yearly updated use of force training through the Mandatory In-Service Training ("MIST") platform. In 2017, the MIST platform consisted of an online review of Use of Force Legal and Policy Standards and also practical Use of Force Response Scenario Training.

In 2018, MIST included a classroom portion on Practical De-escalation which involved some mental health issues being addressed. The 2018 program also included a portion on ground fighting and a portion on weapons transitions.

The 2018 online program also included segments on Shooting at or From Moving Motor Vehicles as well as a portion on Prisoner Security and considerations involved with Less-Lethal Force Options.

**INTERROGATORY NO. 11:**

11.     State whether the Pennsylvania State Police provides training to its troopers with respect

to the Americans with Disabilities Act. If so, provide a detailed description of the nature of such

training, including how often training is provided, when in an officer's career it is provided, and

a description of any documents, forms, directives, videotape presentations, and/or memoranda

which relate to and/or are employed in connection with such training.

**RESPONSE TO INTERROGATORY NO. 11:**

All PSP troopers, as with all Commonwealth employees, receive training on the

Americans with Disabilities Act. This training is provided by a separate Commonwealth agency,

the Office of Administration, which maintains all information on this training material.


Respectfully submitted,

JOSH SHAPIRO
Attorney General

BY:     /s/ Kathy A. Le
KATHY A. LE

Office of Attorney General             Deputy Attorney General
1600 Arch Street, Suite 300            Attorney I.D. No. 315677
Philadelphia, PA 19103
Phone: (215) 560-2141                  KAREN M. ROMANO
Fax:    (717) 772-4526                 Chief Deputy Attorney General
Chief, Civil Litigation Section

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, <u>et al.</u>, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER EDDIE PAGAN, <u>et al.</u>, | : | |
| | : | |
| Defendant. | : | NO. 18-5217 |

### CERTIFICATE OF SERVICE

I, Kathy A. Le, hereby certify that Pennsylvania State Police's Responses and Objections to Plaintiff's First Set of Interrogatories was sent by electronic mail on July 20, 2020 to:

L. Anthony DiJiacomo, III
Weisberg Law
7 S. Morton Ave.
Morton, PA 19070
adijiacomo@weisberglawoffices.com


BY: <u>/s/ Kathy A. Le</u>
      KATHY A. LE
      Deputy Attorney General

11

# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER EDDIE PAGAN, et al., | : | |
| | : | |
| Defendant. | : | NO. 18-5217 |

## DECLARATION

1.      I, Corporal Kevin Selverian, presently serve as a Use of Force Specialist within the Use of Force Unit of the Bureau of Training & Education, with the Pennsylvania State Police ("PSP"). A detailed description of my experience and education is set forth in my resume, a copy of which is attached hereto as Exhibit 1.

2.      The Use of Force Unit serves several functions, including but not limited to:

   a.   The development and coordination of use of force instruction provided to PSP cadets and active members of the department.

   b.   The presentation of PSP use of force training programs to law enforcement and civilian audiences.

   c.   The revision of existing PSP use of force trainings, when appropriate.

   d.   The continued review of the PSP Use of Force Policy.

   e.   The provision of suggested alterations to the PSP Use of Force Policy, when appropriate.

   f.   The analysis and provision of expert testimony in relation to police use of force incidents.

   g.   The provision of consultation services to the PSP and outside governmental agencies concerning police use of force matters.

3.      The PSP Use of Force Policy contains mandates and considerations regarding the appropriate application of force by Department members while in the performance of their prescribed duties. The policy is founded upon current constitutional and statutory requirements, with an emphasis upon precedent case law.

4.      The PSP Use of Force Policy states, in part, "Members and enforcement officers are authorized to use <u>reasonable force</u>, when necessary, in the performance of their duties, after consideration of the totality of the circumstances, to successfully attain lawful objectives."  The referenced standard is applicable to all manners of force employed by members of the Department, no matter the classification of person upon whom the force is used.

5.      While the PSP Use of Force Policy promotes a single standard of "objective reasonableness" in relation to the proper application of force, members of the Bureau of Training and Education provide particularized instruction to both cadets and active members regarding contacts with specific categories of persons within the communities that they serve. This includes the presentation of training programs relative to emotional control strategies and interactions with those experiencing mental health concerns.

6.      A portion of the training provided to cadets regarding emotional control, decision-making, and interactions with those experiencing mental health concerns includes, but is not limited to:

     a.   Law Enforcement Active Diffusion Strategies (L.E.A.D.S)

          i.   Eight (8) hours of classroom and scenario-based instruction

          ii.   Taught by PSP Instructors

     b.   Identifying Signs and Symptoms of Mental Illness

          i.   Four (4) hours of classroom instruction

          ii.   Taught by personnel from the Pennsylvania Psychiatric Institute (Penn State University)

     c.   Autism Awareness:

          i.   Two (2) hours of classroom instruction

          ii.   Taught by personnel from the Autism Services, Education, Resources, and Training Collaborative

     d.   PA Mental Health Laws

          i.   Two (2) hours of classroom instruction

          ii.   Taught by PSP Academy Criminal Law Unit Instructors

     e.   Practical Application / Scenario-Based Training

          i.   Every Cadet receives no less than sixteen (16) hours of scenario-based training which in part involves the utilization of de-escalation strategies and/or a role player suffering from a mental health emergency.

7.      A portion of the training provided to active members of the Department during Mandatory In-Service Training ("MIST") regarding emotional control, decision-making, and interactions with those experiencing mental health concerns includes, but is not limited to:

    a.  MIST 2010: Patrol Response to Suicide Bombers

        i.  Two (2) hours of classroom instruction

    b.  MIST 2012: Disability, Aggression, and the Assault Cycle

        i.  One (1) hour of classroom instruction

    c.  MIST 2013: Missing Endangered Persons Advisory System

        i.  One (1) hour of classroom instruction

    d.  MIST 2015: Response Enhancing Arousal Control Techniques

        i.  One (1) hour of classroom instruction

        ii.  Authored by PSP Psychologist

    e.  MIST 2016: Tactical Communication and Conflict Management

        i.  One (1) hour of classroom instruction

    f.  MIST 2016: Understanding and Effectively Engaging Individuals with Traumatic Brain Injuries

        i.  Two (2) hours of classroom instruction

        ii.  Authored by PSP Psychologist

    g.  MIST 2017: Tactical Communication Review

        i.  One (1) hour of classroom instruction

    h.  MIST 2017: Ti® Use of Force Simulation Training and Use of Force Reaction Training

        i.  Three (3) hours of scenario-based training that involves the use of de-escalation strategies and / or a role player suffering from a mental health emergency.

    i.  MIST 2018: Practical De-escalation Strategies

        i.  One (1) hour of classroom instruction

    j.   MIST 2018: Use of Force Stress Response Training

          i.   Two (2) hours of scenario-based training that involves the use of de-escalation strategies and / or a role player suffering from a mental health emergency.

    k.   MIST 2019: Use of Force Response Training

          i.   Two (2) hours of scenario-based training that involves the use of de-escalation strategies and / or a role player suffering from a mental health emergency.

    l.   MIST 2020

          i.   In-person instruction cancelled due to COVID pandemic

8.    The Pennsylvania State Police Bureau of Integrity and Professional Standards continues to collect data on Department Member's applications of force via the Blue-Team system.  As per Department Policy, the Department's Risk Management Officer, on a bimonthly basis, conducts a query of Early Intervention Program data entries, to identify patterns or trends relating to use of force incidents which are outside of Department norms.

9.    The Bureau of Integrity and Professional Standards also frequently corresponds with the Department's Use of Force Unit within the Bureau of Training and Education to further identify use of force trends and provide any necessary corrective action through both the operational and basic training programs.  The Use of Force Unit within the Bureau of Training and Education frequently relies upon numerous resources, to include the United States Department of Justice, the International Association of Chiefs of Police, and police practice and policy experts, to ensure its use of force training protocols are founded upon legal and evidence-based principles.

10.    Based on an analysis of Department use of force incidents, use of force training curriculums were revised in the last few years to include additional hours of training in communications and de-escalation strategies, deployment of conducted energy weapons, response to mental health emergencies, and critical thinking and use of force decision making.

I state under penalty of perjury that the foregoing is true and correct.

06/28/2021

Date

CPL 9 [signature]

Cpl. Kevin E. Selverian

EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO ARDO, et al.,                    :           CIVIL ACTION
                                        :
        Plaintiffs,                     :
                                        :
        v.                              :
                                        :
OFFICER EDDIE PAGAN, et al.,            :
                                        :
        Defendant.                      :           NO. 18-5217

## DECLARATION

1.      I, Major Patrick Brinkley, presently serve in the role of Director in the Bureau of
Research & Development with the Pennsylvania State Police ("PSP").

2.      The Bureau of Research & Development develops programs and initiatives to
facilitate effective Department operations and improve procedures.  The Bureau provides PSP
executives and commanders with concise, comprehensive information and research to identify
best practices and areas of need with respect to policies, procedures, and equipment, and to
facilitate the effective deployment and utilization of Department resources.  The Bureau also
serves as the project management lead for all significant policy, planning, and logistics
initiatives within the Department, and provides guidance and support to affected
organizational segments to ensure proper synchronization of activities and effective
management of resources.

3.      As a part of discovery for the above-captioned litigation, the Bureau was asked to provide
a report of the number of PSP incidents relating to the Mental Health Act, for the years of 2014-
2019.

4.      In response to this request, the Bureau pulled data of incidents classified as "Mental
Health Act".

5.      Beginning in 2016, PSP began using a Computer Aided Dispatch ("CAD") system. Thus
for the years of 2016-2019, the Bureau ran a search for each year to return results of incidents
wherein the "CAD Call Type" field had been coded as "Mental Health Act".

6.      For the years of 2014-2015, before PSP's institution of the CAD system, the Bureau ran a
search for each year on the old system wherein the "Class" field had been coded as "Mental
Health Act".

7.      In both the pre-2016 system and the CAD system, the "Class" and "CAD Call Type"
fields, respectively, are coded by the Police Communications Officer ("PCO") or other
responding member who receives the dispatch call, based on the nature of the incident.

8.      As a general matter, the "Mental Health Act" code is used for incidents involving involuntary mental health commitments under Section 302 of the Mental Health Act, and other incidents involving a mental health issue that do not necessarily involve a crime. These incidents may include, for example, incidents requiring a police presence or intervention and/or a subsequent non-mandatory referral to a mental health service provider for resolution.

9.      The Bureau's queries resulted in the following incidents coded as "Mental Health Act" for the years 2014-2019:

      a.   Year 2014: 3909 incidents

      b.   Year 2015: 3728 incidents

      c.   Year 2016: 3862 incidents

      d.   Year 2017: 2312 incidents

      e.   Year 2018: 2813 incidents

      f.   Year 2019: 3862 incidents

I state under penalty of perjury that the foregoing is true and correct.

June 23, 2021
Date

Major Patrick Brinkley

# EXHIBIT 18

Mental Health and Shooting Data 2014-2016 Revised

|  | Mental Health Calls | Officer-Involved Shootings | Fatal OIS | OIS w/ MH Issue | Fatal OIS w/ MH Issue |
|---|---|---|---|---|---|
| 2014 | 3909 | 8 | 3 | 3 | 2 |
| 2015 | 3728 | 14 | 5 | 3 | 2 |
| 2016 | 3862 | 11 | 5 | 1 | 1 |

\* Mental Health Call = PSP incident with a CAD Call Type of "Mental Health Act", which generally covers 302 commitments or other incidents involving a mental health issue.

\* Officer-Involved Shooting = PSP incident wherein a member of PSP used their firearm.

\* Fatal OIS = PSP officer-involved shooting ("OIS") incident that resulted in death.

\* OIS w/ MH Issue = PSP OIS wherein a review of the incident report suggested that PSP was aware of a mental health issue or suicidal ideations at the time of the incident.

\* Fatal OIS w/ MH Issue = Fatal OIS wherein a review of the incident report sugested that PSP was aware of a mental health issue or suicidal ideations at the time of the incident.

DEF003049

# EXHIBIT 19

Mental Health and Shooting Data

| | Mental Health Calls | Officer-Involved Shootings | Fatal OIS | OIS w/ MH Issue | Fatal OIS w/ MH Issue |
|---|---|---|---|---|---|
| 2017 | 2312 | 13 | 7 | 2 | 2 |
| 2018 | 2813 | 19 | 11 | 5 | 4 |
| 2019 | 3862 | 14 | 4 | 4 | 2 |

* Mental Health Call = PSP incident with a CAD Call Type of "Mental Health Act", which generally covers 302 commitments or other incidents involving a mental health issue.

* Officer-Involved Shooting = PSP incident wherein a member of PSP used their firearm.

* Fatal OIS = PSP officer-involved shooting ("OIS") incident that resulted in death

* OIS w/ MH Issue = PSP OIS wherein a review of the incident report suggested that PSP was aware of a mental health issue or suicidal ideations at the time of the incident.

* Fatal OIS w/ MH Issue = Fatal OIS wherein a review of the incident report suggested that PSP was aware of a mental health issue or suicidal ideations at the time of the incident.

DEF002232

EXHIBIT 20

# Belfast Communications
# Room Transcription

DEF0000289

**Incident #: PA2017-516047**
**Radio Transmission – Belfast Barracks**

**Radio Right 2017-05-20 09 47 56**
Repeat the name of that clinic

**Radio Right 2017-05-20-10 05 16**

Belfast 11 from Belfast.  Give us location please.  (PCO BEHLER)

I'm gonna be out with him, I'm (*inaudible*) that description (Tpr. BRANOSKY)

Copy, anything, uh, any device or anything? (PCO BEHLER)

**Radio Right 2017-05-20 10 14 35**
They were shots from us.  (Tpr. PAGAN)

Copy, we'll get everybody enroute. (Tpr. FLEMING)

**Radio Right 2017-05-20 11 00 41**
Bethlehem 30 to Belfast (Tpr. EVERK)

Bethlehem 30, go ahead (PCO BEHLER)

I'm on scene here on Good Rd.  This is gonna be in my name. (Tpr. EVERK)

Ok, copy (PCO BEHLER)

Bethlehem 25 on scene.  Is Cpl. Sysko on scene yet? (Sgt. O'MALLEY)

Uh, negative (PCO BEHLER)

Bethlehem 25 could you give me a call please (PCO BEHLER)

(*inaudible*)

7 tw, Belfast 7 to 25 O (Cpl. SYSKO)

**Radio Left 2017-05-20 08 31 07**
Belfast, Belfast 8 (Tpr. PAGAN)

What's up?

Go ahead 8 (Tpr. SPLAIN)

I'm gonna be clear from here.  Uh, clear also in CAD momentarily. (Tpr. PAGAN)

10-4 (Tpr. SPLAIN)

1

DEF0000290

Start making your way down towards Lower Mount Bethel. Got another call coming for ya. It's gonna be a see officer at this point. (Tpr. SPLAIN)

Copy. (Tpr. PAGAN)

**Radio Left 2017-05-20 08 42 41**
Belfast 12 to Belfast 8

Go for 8 (Tpr. PAGAN)

Sorry, *(inaudible)*, just keep your eyes out for it.

Who is the *(inaudible)*

Yep, I got location, thanks. (Tpr. PAGAN)

**Radio Left 2017-05-20 08 47 31**
Belfast 14, Belfast 8 (PCO BEHLER)

Go for 8 (Tpr. PAGAN)

I made contact with the mother again. Unknown weapons on this individual that we are going to talk to her about. Uh she does have uh weapons registered to her, but she has them in her possession. (PCO BEHLER)

14, copy (Tpr. SPLAIN)

8, copy (Tpr. PAGAN)

**Radio Left 2017-05-20 08 51 11**
Belfast, Belfast 8. I'll be scene. (Tpr. PAGAN)

Belfast 8, copy (PCO BEHLER)

**Radio Left 2017-05-20 08 58 54**
14 Belfast, I'm out with 8 (Tpr. SPLAIN)

Belfast 14, copy (PCO BEHLER)

**Radio Left 2017-05-20 09 10 32**
14 to Belfast (Tpr. SPLAIN)

14, go ahead (PCO BEHLER)

Alright, mom's been in contact with him on the cell phone. She's gonna try and convince him to come back to the house and then we're gonna hide in the house and see if we can grab him. (Tpr. SPLAIN)

Ok, copy. (PCO BEHLER)

2

DEF0000291

**Radio Left 2017-05-20 09 18 19**
Belfast to Belfast 14, Belfast 8 (PCO BEHLER)

Go for 8 (Tpr. PAGAN)

Look, can one of you give me a phone call in reference to your incident you're on? (PCO BEHLER)

Copy, I'll give you a call now (Tpr. PAGAN)

14 Belfast. Is it urgent? Cause he's supposed to show up at the house here any minute. We're waiting for him. (Tpr. SPLAIN)

I just want to tell you that I have an address on him, Orchard Street in Bangor. (PCO BEHLER)

Ok, thank you. (Tpr. SPLAIN)

**Radio Left 2017-05-20 09 37 28**
14 to Belfast (Tpr. SPLAIN)

14, go ahead (PCO BEHLER)

Can you have, uh Trooper Branosky start heading up this way and just kind of float in the area between the complainant's residence and that address, or that area on Orchard road and keep an eye out for the vehicle? (Tpr. SPLAIN)

Yeah, copy. I just got his phone pinged and I'm trying to pull it up right now *(inaudible)* (PCO BEHLER)

Ok, cause he should have been here by now if that's where he was coming from. (Tpr. SPLAIN)

Copy (PCO BEHLER)

Belfast 11 from Belfast (PCO BEHLER)

11 (Tpr. BRANOSKY)

Uh, you want to start heading up to, uh the area of Good Rd. and Orchard Street toward Bangor. Patrol that area. You're gonna be looking for a blue Buick Reatta. (PCO BEHLER)

Copy, enroute. Uh, do have the registration? (Tpr. BRANOSKY)

No reg (PCO BEHLER)

Copy (Tpr. BRANOSKY)

3

DEF0000292

Belfast 14 to 11.  Just do a quick Google image search, 1988 Buick Reatta.  There'll be plenty of pictures and updated info:  last phone call before he was heading here he said that he was going to have an improvised explosive device strapped to his neck and he would light it if he saw any police officers. (Tpr. SPLAIN)

Belfast 11 to 14, copy (Tpr. BRANOSKY)

**Radio Left 2017-05-20_09_43_02**
Belfast 14 from Belfast (PCO BEHLER)

14 go (Tpr. SPLAIN)

14, the last ping we got was about 2, 3 minutes ago.  This ping we have the longitude lines showing by 22 and 191 over there by Home Depot and Wal-Mart.  Can you ask mom if she knows anybody over that way? (PCO BEHLER)

Stand by (Tpr. SPLAIN)

**Radio Left 2017-0520_09_43_44**
14 Belfast.  Mom says that's where the opiate addiction clinic is that he goes to, New Directions. (Tpr. SPLAIN)

Copy, that's the clinic he goes to over there? (PCO BEHLER)

Correct.  New Directions.  If you would, or uh notify, uh either them or I think that's gonna be Bethlehem Township there, PD. (Tpr. SPLAIN)

Yeah, copy I'll notify.  I'm try to contact them.  She doesn't have a contact number by chance, does she? (PCO BEHLER)

Negative, uh, we're gonna see if we can find one quick. (Tpr. SPLAIN)

Copy, you want uh, 14 to head over there instead of going to the other location? (PCO BEHLER)

Yeah, unless you want to have a Bethlehem car head that way. (Tpr. SPLAIN)

I'll see what I can do (PCO BEHLER)

Belfast 11 to 14 (Tpr. BRANOSKY)

Just make sure you give him the uh, most recent info with that, that device (Tpr. SPLAIN)

Yeah, copy (PCO BEHLER)

4

**Radio Left 2017-05-20 09 47 13**
14 Belfast (Tpr. SPLAIN)

14, go ahead (PCO BEHLER)

That New Directions Clinic, that's gonna be on Broadhead. I believe that's right down the road from Colonial Regional PD's station. It's their area. (Tpr. SPLAIN)

Near Colonial, (*inaudible*) I'll see if I can get a phone number, I'm on the phone with county (PCO BEHLER)

Copy (Tpr. SPLAIN)

Repeat the name of that clinic

**Radio Left 2017-05-20 09 48 32**
Belfast to 14, could you please repeat the name of that clinic (Tpr. FLEMING)

**Radio Left 2017-05-20 10 04 02**
Belfast 8 to Belfast 11 (Tpr. PAGAN)

11, we're, uh we almost have him on the ping right now where the phone's coming from. You need 'em? (PCO BEHLER)

I just wanted to give him an update. Um, he supports long hair and according to his mom he looks homeless. (Tpr. PAGAN)

8, sorry, I couldn't read ya (PCO BEHLER)

Just an FYI, he has long hair and he looks homeless according to his mom (Tpr. PAGAN)

Ok, copy (PCO BEHLER)

**Radio Left 2017-05-20 10 05 11**
Nate, give us loca (Tpr. FLEMING)

Belfast 11 from Belfast. Give us location please (PCO BEHLER)

I'm gonna be out with him, I'm meeting that description (Tpr. BRANOSKY)

Copy, anything, uh, any device or anything? (PCO BEHLER)

**Radio Left 2017-05-20 10 06 35**
(*inaudible*) does he have anybody else with him

I'm on the phone with county right now to get Bethlehem Township over there. Negative at this time. (PCO BEHLER)

5

DEF0000294

**Radio Left 2017-05-20 10 07 18**
Belfast 8, he's over here in the house, actually. (Tpr. PAGAN)

**Radio Left 2017-05-20 10 07 29**
Belfast 11 to Belfast (PCO BEHLER)

**Radio Left 2017-05-20 10 09 39**
Belfast, Belfast 8. He's over here in the house. He's in the car. I think he might be trying to get away. (Tpr. PAGAN)

Belfast 8, copy (PCO BEHLER)

**Radio Left 2017-05-20 10 10 01**
Hey Jay, if you could try to block him off, he's (*inaudible*) over there (Tpr. PAGAN)

**Radio Left 2017-05-20 10 10 17**
He's moving towards my way. I'm gonna jump in the road. He's going into the parking lot (Tpr. PAGAN)

**Radio Left 2017-05-20 10 11 02**
Belfast, Belfast, there's shots fired, shots fired (Tpr. PAGAN – Can hear a shot fired in background)

Belfast 8 copy. Belfast 14 did you copy? (PCO BEHLER)

**Radio Left 2017-05-20 10 11 52**
Belfast 8, Belfast 8 you need to get EMS expedited (Tpr. PAGAN)

Copy (PCO BEHLER)

Belfast 8 from Belfast. Are you hit? (PCO BEHLER)

Negative, negative. He needs help. (Tpr. PAGAN)

Copy (PCO BEHLER)

Negative. It's the suspect, he's hit. (Tpr. PAGAN)

Copy, we have EMS on the phone, enroute (Tpr. FLEMING)

**Radio Left 2017-05-20 10 13 55**
14 Belfast. Update on EMS (Tpr. SPLAIN)

I got 'em enroute (PCO BEHLER)

Notify the OD (Tpr. SPLAIN)

6

DEF0000295

**Radio Left 2017-05-20 10 14 19**
Will contact OD. Our SWO is notified. Those shots from you or shots from the bad guy? (Tpr. FLEMING)

It was shots from us (Tpr. PAGAN)

Copy, we'll get everybody enroute. (Tpr. FLEMING)

**Radio Left 2017-05-20 10 23 19**
Belfast to any unit on scene. I do need one of you to please contact desk. One of you please contact desk (*inaudible*) (Tpr. FLEMING)

Stand by. CPR's in progress (Tpr. SPLAIN)

Copy (PCO BEHLER)

**Radio Left 2017-05-20 10 26 28**
3 on scene

Belfast 3, copy (PCO BEHLER)

**Radio Left 2017-05-20 10 30 20**
Belfast 11 to Belfast. I'll be out (Tpr. BRANOSKY)

11, copy (PCO BEHLER)

**Radio Left 2017-05-20 10 33 59**
Bethlehem from 30 (Tpr. EVERK)

30 (PCO – Bethlehem Barracks)

Enroute to the Belfast incident. Just put me on that call. (Tpr. EVERK)

Copy (PCO – Bethlehem Barracks)

**Radio Left 2017-05-20 10 45 24**
Belfast from 15 (Tpr. SMITH)

14, go ahead (PCO BEHLER)

Belfast 15, starting 16526, location please (Tpr. SMITH)

15 copy (PCO BEHLER)

Bethlehem 25 to Belfast (Sgt. O'MALLEY)

Bethlehem 25 go ahead (PCO BEHLER)

7

Can you have the corporal grab me a portable battery before he departs? (Sgt. O'MALLEY)

Copy (PCO BEHLER)

Belfast from 15, what's the address (Tpr. SMITH)

**Radio Left 2017-05-20 10 46 28**
15, the address will be 1382 Good Rd.  Lower Mount Bethel.  It's right before Washington Township border. (PCO BEHLER)

Copy (Tpr. SMITH)

**Radio Left 2017-05-20 10 50 55**
14, copy, (inaudible) - (Unknown Tpr., not Tpr. SPLAIN)

**Radio Left 2017-05-20 10 57 13**
14 on scene (Unknown Tpr.)

Copy

**Radio Left 2017-05-20 10 58 41**
Swiftwater 9, Murray's is enroute  (unrelated to this incident)

**Radio Left 2017-05-20 11 04 11**
7 Belfast, I'm on scene

7, copy (PCO BEHLER)

**Radio Left 2017-05-20 11 06 25**
Belfast from 15, on scene (Tpr. SMITH)

Belfast 15, copy (PCO BEHLER)

**Radio Left 2017-05-20 11 16 53**
505 Bethlehem (Tpr. LABUKAS)

505 (PCO – Bethlehem Barracks)

You can put me in this unit now.  Starting mileage 44099, 44099.  I'll be headed over to 1382 Good Road. (Tpr. LABUKAS)

Copy (PCO – Bethlehem Barracks)

8

**Radio Left 2017-05-20 11 25 09**
700 Bethlehem (Tpr. GLAD)

700 (PCO – Bethlehem Barracks)

700 Glad in service 3212 3212 heading to the incident in Lower Mount Bethel (Tpr. GLAD)

**Radio Left 2017-05-20 11 27 31**
Belfast from Bethlehem 25 (Sgt. O'MALLEY)

Bethlehem 25 (PCO BEHLER)

Lenny, can you send me a message in the car so I can send something back to you (Sgt. O'MALLEY)

(inaudible)

**Radio Left 2017-05-20 11 46 53**
17 Belfast (Cpl. TALIJAN)

17 go ahead (PCO BEHLER)

144941 144941 I will be enroute (Cpl. TALIJAN)

Copy (PCO BEHLER)

**Radio Left 2017-05-20 11 47 25**
Belfast 1 to 17 (Sgt. SPARICH)

Go head 1 (Cpl. TALIJAN)

I'm probably about 40 minutes out yet, fyi (Sgt. SPARICH)

Copy, I'm heading up to the scene, I'll call you (Cpl. TALIJAN)

Copy (Sgt. SPARICH)

(Radio transmission from PSP Swiftwater not related to this incident)

**Radio Left 2017-05-20 11 54 48**
700 Bethlehem (Tpr. GLAD)

700 (PCO – Bethlehem Barracks)

Put me out (Tpr. GLAD)

Copy (PCO – Bethlehem Barracks)

9

DEF0000298

**Radio Left 2017-05-20 11 56 35**
34 Bethlehem, I'll be out at that incident in Lower Mount Bethel (Tpr. JUDGE)

Copy (PCO – Bethlehem Barracks)

**Radio Left 2017-05-20 11 58 16**
Bethlehem, Bethlehem 15 (Tpr. GOODWIN)

15 (PCO – Bethlehem Barracks)

In service, Trooper Goodwin.  I'll be working 12 to 11, I'll be zone 7. (Tpr. GOODWIN)

Copy (PCO – Bethlehem Barracks)

32 Bethlehem (Sgt. TREMBA)

32 (PCO – Bethlehem Barracks)

Tremba in service, 59575, 59575, I'll be headed over to Belfast (Sgt. TREMBA)

Copy (PCO – Bethlehem Barracks)

**Radio Left 2017-05-20 12 00 40**
505 Bethlehem (Tpr. LABUKAS)

505 (PCO – Bethlehem Barracks)

On scene (Tpr. LABUKAS)

Copy (PCO – Bethlehem Barracks)

**Radio Left 2017-05-20 12 17 09**
19 to Fogelsville (Tpr. YAWORKSI)

19, go ahead (PCO – Fogelsville Barracks)

Be out at St. Luke's Anderson Campus (Tpr. YAWORSKI)

Copy 19 (PCO – Fogelsville Barracks)

**Radio Left 2017-05-20 12 17 57**
Bethlehem from 2

Bethlehem 2 (PCO – Bethlehem Barracks)

I'll be on scene at the Belfast incident

Copy 2 (PCO – Bethlehem Barracks)

10

DEF0000299

**Radio Left 2017-05-20 12 32 02**
Hazardous Devices 9 to Belfast

HD 9 go ahead (PCO BEHLER)

I'll be responding to the scene.  I will advise when I'm on site.

Copy HD 9 (PCO BEHLER)

**Radio Left 2017-05-20 12 38 25**
25 Fogelsville (Cpl. HAINES)

25, go ahead (PCO – Fogelsville Barracks)

25, in service, Haines, 124764, 124764.  No portable.  I'll be headed up to Belfast. (Cpl. HAINES)

Copy 25 (PCO – Fogelsville Barracks)

**Radio Left 2017-05-20 12 44 12**
Bethlehem, 32 to Bethlehem (Sgt. TREMBA)

32 (PCO – Bethlehem Barracks)

I'll be out at the scene at Belfast (Sgt. TREMBA)

Copy (PCO – Bethlehem Barracks)

**Radio Left 2017-05-20 12 53 08**
Swiftwater for (inaudible) – (PSP Swiftwater – not related to this incident)

Hazardous Devices 9 to Belfast

Car (PSP Swiftwater – not related to this incident)

HDES 9 go ahead (PCO BEHLER)

You can put me on scene please

Copy (PCO BEHLER)

11

DEF0000300

EXHIBIT 21

| SP 7-0072 (1-95) | | INCIDENT NO. |
|---|---|---|
| **HOMICIDE INVESTIGATION ACTION REPORT** | | PA2017-516047 |

ACTION ASSIGNED OR PURPOSE OF REPORT

Homicide Investigation: Anthony Paul ARDO

**Hazardous Device & Explosives Section**

| ASSIGNED TO | ASSIGNED BY |
|---|---|
| Corporal Michael D. SPONCHIADO | Lt. Joseph SOKOLOFSKI |

DETAILS

SYNOPSIS:
    HDES was contacted regarding a Troop M member involved shooting incident at PSP Belfast area. The actor threatened the use of explosives and during the incident deadly force was used. The actor attempted to light what was later discovered to be a 1.5" aerial mortar inside the vehicle during the incident.

HDES ACTIONS:
    Upon arrival at approx. 1254 hours I met w/ the OD Sgt Pat O'MALLY and other PSP investigators. It was explained to me the actor threatened the use of explosives if he was being lied to by his mother who was attempting to get him back to the residence via phone to be taken into custody. As stated, the actor attempted to light what was later discovered to be an aerial mortar, which was located on the ground at the scene at the rear of the vehicle. I was asked to conduct a safety search of the vehicle for any explosives or items containing energetic material which may pose a hazard to other personnel.

    At approx. 1315 hours I entered the actors vehicle, a blue Buick coupe, for the purpose of clearing it of any potential hazards for first responders, fire, tow and coroner's office personnel. I checked the front driver seat area and behind as well. Behind the seat was a large amount of clothing and it was removed piece by piece to clear the pockets. I then moved to the passenger side of the vehicle and cleared the front and rear internally. A firework labeled 'Crazy Robots', Item 14, M06-6214C was found within the vehicle on the passenger side. I moved on to the trunk area but the keys provided would not turn the trunk lock and I could not get in without forcible entry. The wheel wells and engine bay were checked and cleared last. The clothing items were later placed back into the vehicle for a search warrant service on it at a later date and time. Located behind the vehicle in the roadway was one loose firework labeled 'Sammy's Best'. It was taken into evidence and labeled at Item 13, M06-6214C. Also to the rear of the actor's vehicle in the grass was the suspected mortar used during the incident and listed as evidence under Item 12, M06-6214C. The mortar was approx. 1.5" wide and had blood on the paper wrapping.

    At approx. 1352 hours I was asked to clear the bank of mailboxes at the scene since the actor may have had access to them at some point in the incident. They were located on the opposite side of the roadway from the actor's vehicle. They were cleared without incident.

    Verbal consent was given to PSP by the actor's mother/homeowner. I entered a detached garage/barn area for a cursory safety check for anything of energetic materials with negative results. PSP personnel then entered the residence at approx. 1505 hours and entered and cleared the residence of any energetic materials. In an upstairs bedroom multiple packages of fireworks were discovered and taken into PSP custody as evidence, items 1-9, M06-6214D. All items were boxed and sealed by me and Tpr. Kathleen LABUKAS 10438 of FSU. Items 12-14 on M06-6214C individually packaged in their own evidence envelopes on scene and everything listed was turned over to me for HDES storage in Hershey, PA.

    On 05/22/17 I was notified that there was another firework found in the pocket of the actor during the autopsy. The item was a 'Crazy Robots' firework and appeared the same as what was removed from the residence and what was found in the actor's vehicle. It was sealed in an evidence envelope and turned over to me for HDES storage that date at 1313 hours. It is listed under Item 11, M06-6214K.

    On 05/23/17 I was again notified by Cpl TALIJAN that more fireworks were found in the trunk of the vehicle. They were inventoried and sealed prior to my arrival at Belfast under M06-6214L, items 1-16. I took possession of them on 05/23/17 at 1430 hours.
    All fireworks taken into evidence listed appear to be 1.4 consumer grade. They will be stored in the HDES BESO CONEX container until further notice from the Troop and DA's office regarding the property retention/disposal. The property records are scanned and attached as well as being manually filed in office.

    On 08/17/17 I responded to the Northampton County Courthouse per the request of DA John MORGANELLI per grand jury testimony for this incident. I was sworn in as an expert and answered questions regarding the property taken and how it functions. I was also asked to bring Item 12 from M06-6214C for the grand jury. The seal on the packaging was broken during testimony at approx 1000 hours. After the hearing I went to PSP Belfast and met with Cpl. Blair TALIJAN who co-signed with me and resealed the packaging with new evidence tape. Item 12 was admitted back into the BESO evidence CONEX on 08/18/17 at 0929 hours.

    HDES incident number is generated for this incident, BHHD00001498. See attached report. This will be continued.

| COMPLETED BY | | BADGE NO. | DATE |
|---|---|---|---|
| Corporal Michael D. SPONCHIADO | | 8265 | 09/12/17 |
| SUPERVISOR'S REVIEW | C.I. SECTION CO. | | PAGE NO. |
| | | | 74 |

STATION

DEF0000075

# EXHIBIT 22

DSC_3395

# EXHIBIT 23

| SP 4-258 (2-2007)<br>PENNSYLVANIA STATE POLICE<br>FORENSIC SERVICES<br>NARRATIVE | 1. ORI/STATION<br><br>**PAPSP** 2100/Belfast | 2. INCIDENT NO.<br><br>PA2017-516047 |
|---|---|---|
| 3. OFFENSE<br><br>Homicide | 4. LOCATION<br>1382 Good Road, Lower Mount Bethel Twp., Northampton Co. | |

**5. NARRATIVE**

I was requested to assist with the service of a Search Warrant of a vehicle involved in this incident. The vehicle was being stored in the garage at PSP Belfast. On 05/23/17 at approx. 1159 hours Tpr. LABUKAS, Troop M FSU member, and I arrived at PSP belfast to serve the Search Warrant with Tpr. Michael EVERK, Lead Investigator. Also assisting was Tpr. matthew VILLANO, PSP Belfast CIU member.

At approx. 1205 hours we began the search. I began by taking overall photographs of the exterior of the vehicle followed by close up photographs of the damage to the vehicle. I then photographed the interior of the vehicle.   As I began to search the interior of the vehicle Tpr. VILLANO made forced entry into the truck of the vehicle as the key did not work on the lock.

As I searched the interior of the vehicle and found items of interest they were handed to Tpr. LABUKAS who then photographed the items and packaged them. Once the trunk had been opened I took overall photographs of it as it was found. The truck contained a large number of fireworks mixed among several other items. All of the items that were not fireworks were then removed and searched for additional evidence with negative results. I then photographed the remaining fireworks in place which were then removed and placed onto a blanket where an overall photograph  was taken of all of them followed by a close up of them. All of the recovered fireworks were then given to Tpr. EVERK who immediately entered them into the Property System, reference Property Record M06-6214(I) so that they could be given to Tpr. Michael SPONCHIADO, Hazardous Devices and Explosive Section, for proper storage.

Once the search of the interior of the vehicle for items of interest was complete I proceeded to photograph two holes on the driver's door. Scales were placed next to each of the holes and an overall photograph was taken followed by a close up of each hole. I then placed trajectory rods into the holes. A photograph was taken from the back of the car to the front showing the angle in which they entered the vehicle. A tape measure was placed next to the entran point of the holes and then a photograph was taken. The tape measure was then moved towards the end of the rod where additional photographs were taken.  A photograph was then taken through the closed driver's door window showing the path one of the rods took inside the vehicle.   I then opened the door and took a photograph where the rod entered into the vehicle.

After searching the interior of the vehicle and photographing the trajectory rods I then began to search for metal projectiles shot into the vehicle. I began searching the interior of the driver's door. I removed the interior door panel and observed a projectile inside door towards the front.  Several photographs were taken to capture where the projectile had been located. I then removed a speaker in the door and found the projectile directly behind it.   The projectile was removed and photographed by Tpr. LABUKAS.

I then began to search the dash and observed a projectile stuck in top of the dash just above the control center. It was photographed in placed and then removed. Tpr. LABUKAS then took additional close up photographs of the projectile.

As I was removing the above round I observed another round just below the defrost button on the instrument panel. It was photographed in place and then collected. Tpr. LABUKAS then took additional close up photographs of the projectile.

In the the lower left hand corner of the control panel was a lage hole. I removed the control panel from the dash and located another metal projectile directly behind the screw hole of the panel. The projectile was photographed in place and then removed.  Tpr. LABUKAS then took additional close up photographs of the projectile.

CONTINUED>>>>>>>>>>>>>>>>>>>

| 6. SIGNATURE - INVESTIGATOR | | BADGE NO.<br>8030 | DATE<br>05/25/17 |
|---|---|---|---|
| 7. PRINT NAME OF INVESTIGATOR<br>Tpr. John MCGRANAHAN | 8. SUPV. INITIALS | BADGE NO. | 9. PAGE NO.<br>FSU- 16 |

| SP 4-258 (2-2007) | 1. ORI/STATION | | 2. INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE FORENSIC SERVICES NARRATIVE | PAPSP 2100/Belfast | | PA2017-516047 |

| ⬤ENSE | 4. LOCATION | |
|---|---|---|
| Homicide | 1382 Good Road, Lower Mount Bethel Twp., Northampton Co. | |

**5. NARRATIVE**

In the instrument cluster I observed another large hole. I pulled back the cluster and observed behind it another metal projectile. The hole on the front of the instrument panel was photographed and then I attempted to photograph the projectile in place but due to the its location I was unable to get a clear photograph of it. The projectile was removed and Tpr. LABUKAS took close up photographs of the projectile.

There was an impact point observed on the front windshield of the passenger's side. A attempt was made to retrieve the metal projectile from inside the vehicle which was unsuccessful. I then proceeded to cut away the windshield around the impact point and observed a metal projectile just below the dashboard. I photographed the projectile in place and then collected it. Tpr. LABUKAS then took additional close up photographs of the projectile.

The following items which were collected from the vehicle during the service of the Search Warrant were entered into the Property System at PSP Belfast by Tpr. LABUKAS, reference Property Record M6-6214(o):

Item #1.    White LG Cell Phone with cord. Found in between driver's seat and center console. 1220 Hours.
Item #2.    Black BIC Lighter. Found on front passenger floor. 1230 Hours.
Item #3.    Packs of Matches. One found on front passenger seat ( w/ Ph # 484-546-9090 "DEDO" written inside) and one on floor of passenger seat. 1231 Hours.
Item #4.    Wooden matches with Green Tips. Inside center console. 1300 Hours.
Item #5.    Pack of Matches. On top of center dash. 1301 Hours.
Item #6.    Metal Fragment. On top of center dash. 1303 Hours.
Item #7.    Metal Projectile. From inside Driver's side door. 1330 Hours
Item #8.    Metal Projectile. From inside top of Dashboard. 1332 Hours.
Item #9.    Metal Projectile. From under the defrost button. 1340 Hours.
Item #10.  Metal Projectile. From behind control screen bottom left corner. 1343 Hours.
Item #11.  Metal projectile. From behind Instrument Cluster. 1345 Hours.
Item #12.  Metal projectile. From inside Passenger side Defrost vent. 1358 Hours.
Item #13.  Miscellaneous Paperwork/Appointment Cards. 1410 Hours.

I cleared PSP Belfast on 05/23/17 at approx. 1430 Hours.

The digital images of the vehicle and evidence were taken by Tpr. John MCGRANAHAN and Tpr. Kathleen LABUKAS utilizing the Nikon digital camera, model number D750. On 05/24/17 at approx. 0754 hours, the digital images taken of the vehicle and evidence were transferred All to a non-rewriteable DVD(s)/CD(s) by Tpr. John MCGRANAHAN. The DVD(s)/CD(s) was marked with incident number PA2017-516047, the date the images were acquired and the photographer's initials. After the images were transferred to the DVD/ CD without editing, I reviewed them and found that they accurately reflected the item(s) photographed.

The DVD(s)/CD(s) containing digital images relating to this incident were marked "Master Copy" and will be retained in the Forensic Services Unit office at Troop M, Bethlehem Headquarters. The images were also saved off site on the FSU I-drive. A working copy was made for Tpr. EVERK, Lead Investigator.

All digital images regarding this investigation not contained on the aforementioned DVD(s)/CD(s) have subsequently been destroyed.

| NATURE - INVESTIGATOR | | BADGE NO. 8030 | DATE 05/25/17 |
|---|---|---|---|
| 7. PRINT NAME OF INVESTIGATOR Tpr. John MCGRANAHAN | 8. SUPV. INITIALS *um* | BADGE NO. 850 | 9. PAGE NO. FSU- 17 |

DEF0000106