IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et al., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| OFFICER EDDIE PAGAN, et al., | : | |
| Defendant. | : | NO. 18-5217 |

**JOINT STIPULATION OF VOLUNTARY**
**DISMISSAL OF CLAIMS AGAINST PENNSYLVANIA STATE POLICE**

The parties, Plaintiffs Angelo Ardo and Jean Monaghan (collectively, "Plaintiffs"), and Defendants Pennsylvania State Police, Trooper Eddie Pagan, and Trooper Jay Splain (collectively, "Defendants"), by undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1. Plaintiff's claim against the Pennsylvania State Police (Count III), for violations of the Americans with Disabilities Act, are hereby voluntarily dismissed with prejudice in their entirety; and

2. The Pennsylvania State Police is dismissed as a defendant from this matter; and

3. The claims against Troopers Eddie Pagan and Jay Splain (Counts I and II) are not affected by this stipulation.

The parties hereby agree to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ L. Anthony DiJiacomo, III* | */s/ Kathy A. Le* |
| Matthew B. Weisberg | Kathy A. L |
| PA Attorney I.D. No. 85570 | Deputy Attorney General |
| L. Anthony DiJiacomo, III | PA Attorney I.D. No. 315677 |

2

PA Attorney I.D. No. 321356

Weisberg Law
& S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 - Fax

*Counsel for Plaintiffs*

Dated: June 24, 2022

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2141
Fax:    (717) 772-4526

*Counsel for Defendants*