IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| OFFICER EDDIE PAGAN, et al., | : | |
| Defendant. | : | NO. 18-5217 |

**STIPULATION TO EXTEND DEADLINE TO REPLY**

The parties, Plaintiffs Angelo Ardo and Jean Monaghan (collectively, "Plaintiffs"), and Defendants Pennsylvania State Police, Trooper Eddie Pagan, and Trooper Jay Splain (collectively, "Defendants"), by undersigned counsel, hereby stipulate and agree, pursuant to the Court's Policies and Procedures:

1. Due to serious illness of counsel's family, Defendants shall file their Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment by August 3, 2022.

Respectfully submitted,

/s/ L. Anthony DiJiacomo, III
Matthew B. Weisberg
PA Attorney I.D. No. 85570
L. Anthony DiJiacomo, III
PA Attorney I.D. No. 321356

Weisberg Law
& S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 - Fax

*Counsel for Plaintiffs*

/s/ Kathy A. Le
Kathy A. L
Deputy Attorney General
PA Attorney I.D. No. 315677

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2141
Fax:    (717) 772-4526

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| OFFICER EDDIE PAGAN, et al., | : | |
| Defendant. | : | NO. 18-5217 |

**<u>CERTIFICATE OF SERVICE</u>**

    I, Kathy A. Le, hereby certify that on July 27, 2022, the Stipulation to Extend Deadline to Reply has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The ECF System's electronic service of the Notice of Electronic Case Filing constitutes service on all parties who have consented to electronic service.