IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO ARDO and JEAN MONAGHAN, individually and as personal representative/administrator of the Estate of her son, ANTHONY ARDO, : : : : : | |
| Plaintiffs, : | CIVIL ACTION NO. 18-5217 |
| : v. : : | |
| OFFICER EDDIE PAGAN, in his individual capacity as a Pennsylvania State Police Trooper, and OFFICER JAY SPLAIN, in his individual capacity as a Pennsylvania State Police Trooper, : : : : : : | |
| Defendants. : | |

# **ORDER**

**AND NOW**, this 26th day of January, 2023, after considering the defendants' motion for summary judgment (Doc. No. 103) and the plaintiffs' response in opposition to the motion (Doc. No. 105); and after hearing oral argument on the motion; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion for summary judgment (Doc. No. 103) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion for summary judgment is **GRANTED** insofar as the defendants sought summary judgment on behalf of defendant Officer Eddie Pagan with respect to all state law claims asserted against him in the second amended complaint. Judgment is **ENTERED** in favor of defendant Officer Eddie Pagan and against the plaintiffs for all state law claims made against him in the second amended complaint (Doc. No. 33); and

2

2. The remainder of the motion for summary judgment is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.