IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO and JEAN MONAGHAN, individually and as personal representative/administrator of the Estate of her son, ANTHONY ARDO, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 18-5217 |
| v. | : : | |
| OFFICER EDDIE PAGAN, in his individual capacity as a Pennsylvania State Police Trooper, and OFFICER JAY SPLAIN, in his individual capacity as a Pennsylvania State Police Trooper, | : : : : : : : | |
| Defendants. | : | |

**THIRTEENTH AMENDED SCHEDULING ORDER**

**AND NOW**, this 1st day of February, 2023, after a telephone scheduling conference with counsel, it is hereby **ORDERED** as follows:

1. The parties shall each file a pretrial memorandum by **May 24, 2023**;

2. The parties shall file any motions *in limine* by **May 24, 2023**;

3. The parties shall file responses to motions *in limine* by **May 31, 2023**;

4. Each party shall exchange exhibits in accordance with Local Rule of Civil Procedure 16.1(d). Each party shall **also** provide the court with one exhibit binder by **May 31, 2023**. The exhibit binder shall contain a tabbed copy of each exhibit with a schedule of exhibits, which briefly describes each exhibit;

5.     The parties shall agree upon and submit **joint** proposed points for charge and a **joint** proposed verdict slip by **May 31, 2023**. The parties shall refer to the court's policies and procedures for further instruction in this regard;[1]

6.     The parties shall exchange proposed statements of fact for *voir dire* and questions for *voir dire* prior to the pretrial conference, and the parties shall provide the court with copies of the same at least two (2) business days prior to the pretrial conference;

7.     The court will hold a final pretrial conference on **Wednesday**, **June 7, 2023**, at **10:00 a.m.**, at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania;

8.     The selection of a jury shall take place on **Friday**, **June 9, 2023**, at **9:30 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined; and

9.     A jury trial shall commence before this court on **Monday**, **June 12, 2023**, at **9:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania. This order shall serve as a formal attachment for trial.[2]

                                             BY THE COURT:


                                             /s/ *Edward G. Smith*
                                             EDWARD G. SMITH, J.

---

[1] The court's policies and procedures are available online at:
https://www.paed.uscourts.gov/documents/procedures/smtpol.pdf.
[2] The parties have indicated that they will inform the court in approximately two weeks whether they wish to hold a settlement conference. Should they decide to do so, the court will issue a separate order at that time.