IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO and JEAN MONAGHAN, individually and as personal representative/administrator of the Estate of her son, ANTHONY ARDO, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 18-5217 |
| v. | : : | |
| OFFICER EDDIE PAGAN, in his individual capacity as a Pennsylvania State Police Trooper, and OFFICER JAY SPLAIN, in his individual capacity as a Pennsylvania State Police Trooper, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of April, 2023, it is hereby **ORDERED** that this case is **REFERRED** to United States Magistrate Judge Craig M. Straw for a settlement conference.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Judge Straw's chambers shall reach out to counsel to coordinate a date for the settlement conference.