IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ARDO, et. al. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 18CV5217 |
| JEAN MOHAGHAN | : | |
| *INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE/ADMINISTRATOR OF THE ESTATE OF HER SON, ANTHONY ARDO* | : | |
| Defendants. | | |

CONFERENCE ORDER

A settlement conference will be held on **July 11, 2023,** at **10:00 AM.** before the Honorable Craig M. Straw, United States Magistrate Judge, United States Courthouse, 601 Market Street, Philadelphia, PA, Courtroom 3G.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

**Please complete the attached summary and email it with the case synopsis to Mag_Judge_Straw@paed.uscourts.gov on or before July 5, 2023** After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter setting forth updated positions **on or before July 7, 2023 t**o **Mag_Judge_Straw@paed.uscourts.gov.**

BY THE COURT:
/s/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE

Date:    April 27, 2023
Cc:       Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____   JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name:     _____
Address:  _____
Phone:    _____
Client:   _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**
_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)