IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO ARDO and JEAN MONAGHAN, individually and as personal representative/administrator of the Estate of her son, ANTHONY ARDO, | : : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 18-5217 |
| v. | : : : |
| OFFICER EDDIE PAGAN, in his individual capacity as a Pennsylvania State Police Trooper, and OFFICER JAY SPLAIN, in his individual capacity as a Pennsylvania State Police Trooper, | : : : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 13th day of July, 2023, after receiving notice that the parties have settled this matter, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this court;[1] and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).